CHARLES V. BARKER and Others, as Trustees, and Others, Respondents, v. A. I. NAMM & SON and Others, Defendants, and THE CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted

until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.